| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): | FOR RECORDER'S USE ONLY |
|---|---|
| ☒ Recording requested by and return to:   Telephone No: 949-261-2872<br>Bimali Walgampaya, Esq.<br>Callahan Thompson Sherman & Caudill, LLP,   2601 Main Street, Ste. 800, Irvine, CA 92614<br>☒ Attorney For   ☒ Judgment Creditor   ☐ Assignee of Record   Bar No. 266856 | |

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
221 West Broadway
San Diego, CA 92101

Plaintiff: Jeannette S. Clark

Defendant: Dana Woody & Associates, Inc., Dana Woody Brewer, et al.

**WRIT OF**   ☒ EXECUTION (Money Judgment)
☐ POSSESSION OF   ○ Personal Property
                  ○ Real Property
☐ SALE

Case No. 09-CV-2931 CAB (DHB)

1. To the Sheriff or an Marshal or Constable of the County of:
   **Los Angeles**
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to service this writ only in accord with CCP 699.080 or CCP 715.040.
3. (*Name*): Jeannette S. Clark
   is the ☒ judgment creditor   ☐ assignee of record
   whose address is shown on this form above the court's name.
4. Judgment debtor (*name and last know address*):
   Dana Woody Brewer
   15140 Skyridge Road
   Poway, CA 92064

   ☒ Additional judgment debtors on reverse
5. Judgment entered on (*Date*): 4/17/2015
6. Judgment partially discharged by Bankruptcy Court on: 5/10/2017
7. Notice of sale under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested (*see reverse*)
8. ☐ Joint debtor information on reverse.
   (Seal)

9. ☐ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment.
11. Total judgment.................$ 112,188.89
12. Costs after judgment (per filed order or memo CCP 685.090) .................$ 47.00
13. Subtotal (add 11 and 12)...........$ 112,235.89
14. Credits ............................$ 0.00
15. Subtotal (subtract 14 from 13).......$ 112,235.89
16. Interest after judgment (per filed affidavit CCP 685.050)....................$ 548.10
17. Fee for issuance of writ.....$ 0.00
18. **TOTAL** (add 15, 16 and 17).........$ **112,783.99**
19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of...$ 3.78
20. ☐ The amounts called for items 11-19 are different for each debtor. These amounts are stated for each debtor on a separate sheet.

John Morrill, Clerk of Court

By_____, Deputy

Issued On: _____

:ODMA\PCDOCS\WORDPERFECT\14516\2 May 4, 1999 (2:13pm)

Page 1

## WRIT OF EXECUTION

| SHORT TITLE: Jeannette S. Clark v. Dana Woody & Associates, Inc., et al. | CASE NUMBER: 09-CV-2931 CAB (DHB) |
|---|---|

Items continued from the first page:

4. ☒ Additional judgment debtor *(name and last known address)*:

   | Dana Woody & Associates, Inc.<br>c/o agent for svc: Thomas A. Reid<br>7777 Alvarado Rd., Suite 403<br>La Mesa, CA 91942 | |
   |---|---|

7. ☐ Notice of sale has been requested by *(name and address)*:

   | | |
   |---|---|

8. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)
   - a. On *(date)*:
   - b. Name and address of joint debtor:
   - a. On *(date)*:
   - b. Name and address of joint debtor:

   | | |
   |---|---|

   c. ☐ additional costs against certain joint debtors *(itemize)*:

9. ☐ *(Writ of Possession or Writ of Sale)* Judgment was entered for the following:
   
   a. ☐ Possession of real property:   The complaint was filed on *(date)*:
   
   (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
   
   (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
   (a) $                was the daily rental value on the date the complaint was filed.
   (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following date(s) *(specify)*:
   
   b. ☐ Possession of personal property
   
   • If delivery cannot be had, then for the value *(itemized in 9e)* specified in the judgment or supplemental order.
   
   c. ☐ Sale of personal property
   
   d. ☐ Sale of real property
   
   e. Description of property:

---

-Notice to person served-

**Writ of Execution or Sale.** Your rights and duties are indicated on the accompanying Notice of Levy.

**Writ of Possession or Personal Property.** If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

**Writ of Possession of Real Property.** If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Personal property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

• A Claim of Right to Possession form accompanies this writ *(unless the Summons was served in compliance with CCP 415.46)*

---

WRIT OF EXECUTION