UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeannette S. Clark<br><br>V.<br><br>Dana Woody & Associates, Inc., et al. | Case Number: 09-CV-2931 CAB (DHB)<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

State of California, County of   Los Angeles

I,   Bimali Walgampaya, Esq.          hereby state under penalty of perjury that,

1. Original judgment was granted by this court on 4/17/2015 and was for a total sum of $729,481.22. Subsequently on 5/9/2017, the US Bankruptcy Court ordered the judgment amount to be reduced to a total sum of $112,188.89. Judgment is in favor of:

   Jeannette S. Clark

   as Judgment Creditor, and against

   Dana Woody Brewer; and Dana Woody & Associates, Inc.

   as Judgment Debtor

   *(If a registered Judgment, fill in below)*

   Said Judgment was registered herein under title 28, U.S. Code, Section 1963, being a

   Judgment which was obtained in Civil Case No.                                    in the

   United States District Court for the                            District of

   and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

**(OVER)**

::ODMA\PCDOCS\WORDPERFECT\14832\1 May 5, 1999 (10:33am)

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

3. ACCRUED since the entry of judgment are the following sums:

   $ 548.10   accrued interest, computed at  1.23    %
   (See note)

   $ 0.00     accrued costs

4. CREDIT must be given for payments and partial satisfactions in the total amount of :

   $ 0.00     which is to be first credited against the judgment as entered still remaining due and bearing interest at   1.23   % in the amount of $ 3.78   per day from this date.

   I declare under the penalty of perjury that the foregoing is true and correct.

   Executed at:   Irvine

   State of:   California            this     2nd            date

   of   October          20 17      .

   _____
   (Signature)

NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. 1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN.

::ODMA\PCDOCS\WORDPERFECT\14832\1 May 5, 1999 (10:33am)